UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHESTER HOWE,

     Plaintiff,

v.                                   Case No:  2:13-cv-336-SPC-CM

STRATOS NON-DIRECTIONAL
FUND, LTD., STRATOS NON-
DIRECTIONAL FUND, L.P.,
STRATOS ADVISERS, INC., ROY
CALLAHAN, BNP PARIBAS
SECURITIES CORP. and BNP
PARIBAS, S.A.,

     Defendants.
_____/

## ORDER

This matter comes before the Court *sua sponte* upon review of the record.  The Court has been informed that settlement negotiations have been successful in this matter, however, no notice has been provided.  Therefore, the Court will hold a status conference on Thursday, March 6, 2014, at 2:00 p.m. before the undersigned to determine the status of the case and the progress of the settlement negotiations.

Accordingly, it is now

**ORDERED:**

(1) A Status Conference will be held before the undersigned at **2:00 p.m. on Thursday, March 6, 2014**.

(2) All Parties may appear telephonically.

(3) The Parties must contact Leslie Friedmann, Courtroom Deputy at (239) 461-2068 for contact information before **4:00 p.m. on Wednesday, March 5, 2014**.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record